# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 17-1380V
### Filed: November 20, 2018
UNPUBLISHED

|  |  |
|---|---|
| JENNIFER GINTER,<br><br>               Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>               Respondent. | Special Processing Unit (SPU);<br>Ruling on Entitlement; Concession;<br>Table Injury; Influenza (Flu) Vaccine;<br>Shoulder Injury Related to Vaccine<br>Administration (SIRVA) |

*Maximillian J. Muller, Muller Brazil, LLP, Dresher, PA, for petitioner.*
*Robert Paul Coleman, III, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On September 29, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered left shoulder injuries caused in fact by the adverse effects of the influenza vaccination she received on October 4, 2016. Petition at ¶¶ 2, 15. Petitioner further alleges that she received the vaccination in the United States, suffered the residual effects of her injuries for more than six months, and that neither she nor any other party has received compensation for her injuries, alleged

---

[1] The undersigned intends to post this ruling on the United States Court of Federal Claims' website. **This means the ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished ruling contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

as vaccine caused.  *Id.* at ¶¶ 2, 15-16. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On November 20, 2018, respondent filed a combined Rule 4(c) Report and Proffer on Award of Compensation in which he concedes that petitioner is entitled to compensation in this case.  Respondent's Rule 4(c) Report and Proffer at 1. Specifically, respondent "has concluded that petitioner suffered SIRVA as defined by the Vaccine Injury Table."  *Id.* at 2.  Respondent further agrees that "based on the records as it now stands, petitioner has satisfied all legal prerequisites for compensation under the Act."  *Id.* at 3.

**In view of respondent's position and the evidence of record, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master